THE HOMAMPOUR LAW FIRM, PC
15303 VENTURA BOULEVARD - SUITE 1450 | SHERMAN OAKS, CA 91403
PHONE (323) 658-8077 | FAX (323) 658-8477

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER A. BANDLOW, an individual;<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NET HEALTH SHOPS, LLC, dba SUNNYDAZE DECOR and dba SERENITY HEALTH & HOME DECOR; AMAZON.COM, INC., a Delaware corporation; SRMX CAPITAL, LLC, a Florida limited liability company; BLUWORLD OF WATER, LLC, a Florida limited liability company; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | **CASE NO: 2:21-cv-06291-FLA-JCx**<br><br>**ORDER GRANTING MODIFIED VERSION OF STIPULATED PROTECTIVE ORDER**<br><br>Trial Date: None<br><br>*Complaint Filed on February 8, 2021*<br>*Case Assigned to Judge Aenlle-Rocha,*<br>*Courtroom 6B* |

\\\
\\\
\\\
\\\
\\\
\\\

*Order Stipulated Protective Order – Page 1*

## ORDER

FOR GOOD CAUSE SHOWN, the parties' Stipulated Protective Order is adopted with the following modifications:

1. Paragraph 3 is modified to read as follows:

The protections conferred by this Stipulation and Order cover not only Protected Material (as defined above), but also (1) any information copied or extracted from Protected Material; (2) all copies, excerpts, summaries, or compilations of Protected Material; and (3) any deposition testimony, conversations, or presentations by Parties or their Counsel that might reveal Protected Material, other than during a court hearing or at trial.  Any use of Protected Material during a court hearing or at trial shall be governed by the orders of the presiding judge.  This Order does not govern the use of Protected Material during a court hearing or at trial.

2. Paragraph 7.2(h) is modified to replace the reference to "Exhibit 1" with a reference to "Exhibit A."

3. Paragraph 8(c) is modified to read as follows:

(c) cooperate with respect to all reasonable procedures sought to be pursued by the Designating Party whose Protected Material may be affected.  If the Designating Party timely seeks a protective order, the Party served with the subpoena shall not produce any information designated in this action as "CONFIDENTIAL" before a determination by the court from which the subpoena issued unless the Party has obtained the Designating Party's permission or unless otherwise required by the law or court order.   The Designating Party shall bear the burden and expense of seeking protection of its confidential material and nothing in these provisions should be construed as authorizing or encouraging a Receiving Party in this Action to disobey a lawful directive from another court.

4. Paragraph 9(c) is modified to read as follows:

(c) If the Non-Party fails to seek a protective order within 14 days of receiving the notice and accompanying information and to provide the Receiving Party with a

*Order Stipulated Protective Order – Page 2*

copy of the court pleading seeking a protective order within the same time frame, the Receiving Party may produce the Non-Party's confidential information responsive to the discovery request. If the Non-Party timely seeks a protective order, the Receiving Party shall not produce any information in its possession or control that is subject to the confidentiality agreement with the Non-Party before a determination by the court unless otherwise required by the law or court order. Absent a court order to the contrary, the Non-Party shall bear the burden and expense of seeking protection of its Protected Material.

      IT IS SO ORDERED.

DATED: October 20, 2021

                                                       /s/
                               Honorable Jacqueline Chooljian
                               UNITED STATES MAGISTRATE JUDGE

*Order Stipulated Protective Order – Page 3*